UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20242-Cr-Altonaga/Brown

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JOHN UTSICK,
        Defendant.
_____/

## MOTION FOR RECONSIDERATION

The Defendant, John Utsick, by and through undersigned counsel, moves this Court to reconsider its Order requiring him to pay $3,000 each month to the Federal Public Defender's Office (FPD or Office), and states that:

On March 5, 2015, the Court entered an *ore tenus* Order requiring that Mr. Utsick make monthly payments of $3,000 to defray some of the expenses incurred by the FPD during its representation of him. In determining the amount of that payment, the Court factored in the approximately $1,800 that the Defendant was receiving each month as social security benefits. However, those payments were terminated on February 26, 2015 due to his current incarceration. He thus does not have sufficient income to pay the amount established by the Court.[1]

Additionally, the FPD does not have a mechanism in place to receive payment of monies for future use. Compliance with the Court's Order will therefore create logistical

---

[1] The Defendant presently has $144 in his checking account.

problems within the Office.

WHEREFORE, the Defendant requests that the Court reconsider its prior Order and either reduce the monthly payment or - preferably - rescind his obligation to pay the FPD.

                                    Respectfully submitted,

                                    MICHAEL CARUSO
                                  FEDERAL PUBLIC DEFENDER

BY:   s/ Eric M. Cohen
        Eric M. Cohen
        Assistant Federal Public Defender
        Florida Bar No. 328065
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel:  305-530-7000/Fax:  305-536-4559
        E-Mail Address: Eric_Cohen@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2015, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                                                  s/ Eric M. Cohen
                                                  Eric M. Cohen

## SERVICE LIST

**United States of America v. John Utsick**

**Case No. 10-20242-Cr-Altonaga/Brown**

**United States District Court, Southern District of Florida**

| | |
|---|---|
| Eric M. Cohen, AFPD | Jerrob Duffy, AUSA |
| Eric_Cohen@fd.org | Jerrob.Duffy@usdoj.gov |
| Federal Public Defender's Office | United States Attorney's Office |
| 150 West Flagler Street | 99 N.E. 4th Street |
| Suite 1700 | Suite 600 |
| Miami, Florida 33130 | Miami, Florida 33132 |
| Telephone: 305/530-7000 | Telephone: 305/961-9000 |
| Facsimile: 305/536-4559 | Facsimile: 305/530-7976 |
| Attorney for Defendant | Attorney for United States |
| CM/ECF | CM/ECF |

J:\Utsick, John Reg05793-104\Pleadings\Motion for Reconsideration