UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20242-CR-ALTONAGA(s)

UNITED STATES OF AMERICA

v.

JOHN UTSICK,

      Defendant.
_____/

## UNITED STATES' NOTICE OF FILING UTSICK'S SIGNED ACKNOWLEDGMENT THAT THE RECEIVER WAS NOT HIS ATTORNEY

In Defendant John Utsick's "Motion for Kastigar Hearings Re: Grand Jury, Detention, and Trial; Motion for Grand Jury Transcripts and Colloquy; and Motion to Dismiss for Government's Inability to Prove Grand Jury Evidence Free of Taint" (DE 191), Utsick represented to the Court that the Receiver, Michael Goldberg of Akerman Senterfitt, was Utsick's own attorney.

Specifically, Utsick asserted that "Mr. Utsick's attorney, with the assistance of the government, which made incomplete disclosures to the court, obtained court approval to become Receiver and work extensively with the government, including prosecutors and agents, in crafting the criminal case against him" (DE 191:5).

The United States previously responded that the allegations that the Receiver was Utsick's attorney, rather than a fiduciary appointed by a federal district court to take over Worldwide and TEGFI, were frivolous and unsupported by any evidence.

Yesterday, the United States received a copy of the letter from Akerman Senterfitt that Utsick signed and acknowledged specifically that Michael Goldberg did not represent him, that Akerman Senterfitt was terminating any personal representation of Utsick, that Akerman's representation thereafter would be only representations of TEGFI and Worldwide, and that Utsick had retained two other attorneys, Richard Kraut and David Chase, to represent him going forward along with Michael

Rosen.  The letter also acknowledged that Utsick had discussed these matters with his attorney, Michael Rosen.

Utsick signed that letter effective January 1, 2006, before Michael Goldberg was appointed Receiver.  The letter discussed that Goldberg was being brought in as a potential candidate for the Receivership position, and that Akerman Senterfitt would not represent Utsick in his individual capacity thereafter.

That letter is attached as Exhibit A.  It directly contradicts the representations that Utsick made to this Court in the Motion for Kastigar hearing and Motion to Dismiss filed at Docket Entry 191.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ John P. Gonsoulin

John P. Gonsoulin
Assistant United States Attorney
Court ID No. A5501289
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9302
Fax: (305) 536-5321
Email: john.gonsoulin@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 20, 2016.

By:   /s/ John P. Gonsoulin
John P. Gonsoulin
Assistant United States Attorney