

**Akerman** Senterfitt
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229

www.akerman.com

954 463 2700 *tel*   954 463 2224 *fax*

January 6, 2006

William Nortman
954 468 2456
william.nortman@akerman.com

<u>**PRIVILEGED AND CONFIDENTIAL**</u>

<u>**VIA U.S. MAIL**</u>

Mr. Jack Utsick
Worldwide Entertainment
300 S. Pointe Drive, Suite 3702
Miami Beach, Florida 33139

    Re:    Retention of Akerman Senterfitt
             SEC Investigation, *et al.*

Dear Jack:

As you know, a Retainer Agreement with this Firm to represent you, Worldwide Entertainment and The Entertainment Group in connection with pending state inquiries and a possible SEC investigation was entered into. At the time this retainer was entered into, there was no SEC investigation that we were aware of and the engagement consisted primarily of resolving issues with states by arranging for the retention of attorneys in Missouri, Pennsylvania, Montana and the State of Washington. In addition, the primary thrust of the engagement was to work with forensic accounts with respect to certain books and records issues and accounting issues.

On or about December 9, 2005, the SEC openly commenced its investigation by issuing various subpoenas, including a subpoena to you, personally, the custodian of records of Worldwide and to Francisco Centeno. This is in addition to subpoenas that were issued to the Yaegers and to American Enterprises, Inc. The occurrence of the SEC investigation generated a great deal of activity designed to, among other things, attempt to forestall, obviate or minimize the likelihood of an SEC enforcement action, at this time and possibly head one off by seeking alternative relief. This was the subject matter of numerous discussions that you were in attendance at with counsel. During the course of these discussions and with the concurrence of Michael Rosen who is one of the attorneys you retained to represent you in this matter, it was determined that with the existence of a receivership, that it would be best if you had your own separate counsel to work with Mr. Rosen. To that end, you made the decision to retain Richard S. Kraut, Esq. and thereafter to retain David Chase, Esq. to represent you. This was predicated on a mutually agreed to decision that I withdraw from representing you individually and your agreement to

{FT301469;1}

Mr. Jack Utsick
January 6, 2006
Page 2

---

waive any possible conflicts so that this Firm could proceed with Michael Goldberg be offered as a candidate for the receivership position. Mr. Goldberg, if appointed, would in turn retain his own counsel to work with him.

Accordingly, this letter is to confirm the following:

1. You consent to a modification of an original Retainer Agreement so that it is understood that Akerman Senterfitt is representing Worldwide Entertainment, Inc. and the Entertainment Group, Inc. and companies that may be affiliated therewith as circumstances require and no longer represents you in your individual capacity.

2. That Richard S. Kraut and David R. Chase represent you in connection with the SEC investigation along with Michael Rosen.

3. Although it does not appear there is any conflict between you and Worldwide Entertainment Group and the Entertainment Group, to the extent that there is a potential conflict you, by agreeing to this change your personal counsel, also agree to waive any conflict by and between yourself, Worldwide Entertainment and the Entertainment Group the Receiver (if from this Firm) and do not object to this law firm's continuing role in this matter.

4. That our fee arrangement is now modified to consist of periodic flat fees as the circumstances may warrant. *IN A Agreed upon Amount* [handwritten]

In all other respects, we will continue to provide you with statements as to work performed and look forward to obtaining the optimum result under all of the circumstances. We would appreciate it if you would acknowledge your agreement to the foregoing by signing a copy of this letter and returning it to the undersigned via fax and Express Mail. Please sign the original of this letter in blue ink and date where indicated.

If you have any questions, please contact me.

Sincerely,

AKERMAN SENTERFITT

*[signature]*
William Nortman
Encl.
cc: Michael Rosen, Esq.

AGREED TO AND ACCEPTED
as of January ___1___, 2006

_____
*[signature: J. Utsick]*

{FT301469;1}

Mr. Jack Utsick
January 6, 2006
Page 3

---

JACK UTSICK, Individually and on
behalf of WORLDWIDE ENTERTAINMENT GROUP
and THE ENTERTAINMENT GROUP

By: _____